WILLARD A. HULL, Respondent, *v.* UNITED TRACTION
COMPANY, Appellant.

*Hull* v. *United Traction Co.*, 130 App. Div. 891, affirmed.
(Argued March 28, 1910; decided April 26, 1910.)

APPEAL from a judgment of the Appellate Division of the
Supreme Court in the third judicial department, entered Janu-
ary 15, 1909, affirming a judgment in favor of plaintiff entered
upon a verdict and an order denying a motion for a new trial
in an action to recover for personal injuries alleged to have
been sustained through the defendant's negligence.

*Lewis E. Carr, P. C. Dugan* and *John E. MacLean* for
appellant.

*John B. Holmes* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT,
HAIGHT, VANN, WILLARD BARTLETT and CHASE, JJ.

---

JOHN DAVIS et al., Respondents, *v.* JOHN McCARTHY,
Appellant.

*Davis* v. *McCarthy*, 131 App. Div. 755, affirmed.
(Argued March 29, 1910; decided April 26, 1910.)

APPEAL from a judgment of the Appellate Division of the
Supreme Court in the first judicial department, entered
April 13, 1909, affirming a judgment in favor of plaintiffs
entered upon a decision of the court on trial at Special Term
in an action to establish an easement over certain land of
defendant.

*Louis Marshall* for appellant.

*Arnold Charles Weil* and *Joseph C. Levi* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT,
HAIGHT, VANN, WILLARD BARTLETT and CHASE, JJ.